Rev. 7/06
cb Hab Corp
AO 241 amd.

FILED

NOV 07 2007    Page 1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

*Richard Campbell* (COMPLAINT)

**NAME (Under which you were convicted)**

*26748-007    D.C.D.C. 167-651*

**PRISON NUMBER**

*1901 D. St. S.E. Wdn. D.C. 2003 (D.C. Jail)*

**PLACE OF CONFINEMENT/ADDRESS**

_____

_____

_____

*Richard James Campbell*                )
**(Full Name)**          Petitioner     )
                                        )
                                        )
                 **v.**                  )
*U.S. Parole Commission + 3350*         )
*Blue cross Care m.l.*                   )
*Friendship*                            )
*D.C. Detention Facility - Director Deb Brown* )
**(Name of Warden, Superintendent, Jailor, or** )
**authorized person having custody of petitioner)** )
                 Respondent             )

Case: 1:07-cv-02013
Assigned To : Huvelle, Ellen S.
Assign. Date : 11/07/2007
Description: HABEAS CORPUS

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. **Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.** All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED

OCT 24 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2

4. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6. When you have completed the form, send the original and one copy to:

Clerk, United States District Court for the District of Columbia
Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

7. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging:

_United States Parole Commission_
_U.S. Department of Justice_

2. (a) Date of the sentence (or detention): _July 1985 - presently violation of Parole_

3. Length of sentence: _Five (5) to Fifteen (15) yrs._
_Parole Violator "Warrant" 8-30-07_

4. Nature of offense involved (all counts): _Unlawful Possession with_
_Intent to Distribute Heroin / Present: Violation of_
_Parole conditions_

5. (a) What was your plea? (Check one):
☒ Not guilty
☐ Guilty
☐ Nolo Contendere (no contest)
☐ Insanity

(b)   If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _N. N_____

_____
_____
_____
_____
_____
_____

6.   Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

      ☐    Yes
      ☒    No

7.   If your answer to Question 10 was "Yes," give the following information:

  (a)   (1)   Name of Court: _____
        (2)   Nature of the proceedings: _____
                 _____
                 _____

        (3)   Grounds raised: _____
                 _____
                 _____
                 _____

        (4)   Did you receive an evidentiary hearing on your petition, application or motion?
             ☐    Yes
             ☒    No
      (5)   Result: _____
      (6)   Date of result: _____

  (b)   As to any second petition, application, or motion, give the same information:
      (1)   Name of Court: _N. A._____
      (2)   Nature of the proceedings: _____
                 _____
                 _____

      (3)   Grounds raised: _N. A._____
                 _____
                 _____
                 _____

      (4)   Did you receive an evidentiary hearing on your petition, application or motion?
             ☐    Yes
              ☒    No
      (5)   Result: _N. A._____

    (6)   Date of result: _N.A_____

(c)   As to any third petition, application, or motion, give the same information:
    (1)   Name of Court: _N.A_____
    (2)   Nature of the proceedings: _N.A_____
_____
_____

    (3)   Grounds raised: _N.A_____
_____
_____
_____
_____

    (4)   Did you receive an evidentiary hearing on your petition, application or motion?
        ☐   Yes
        ☒   No
    (5)   Result: _N.A_____
    (6)   Date of result: _N.A_____

(d)   Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)   First petition, etc."
        ☐   Yes
        ☒   No
    (2)   Second petition, etc.:
        ☐   Yes
        ☒   No
    (3)   Third petition, etc.:
        ☐   Yes
        ☒   No

(e)   If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _N.A._____
_____
_____
_____
_____

8.   State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

**A.   GROUND ONE:** Expiration of Legally Imposed maximum sentence

   (a)   **Supporting FACTS (Do not argue or cite law, Just state the specific facts that support your claim:** Expiration of Legally imposed maximum sentence of five (5) to Fifteen (15) yrs commenced July 1985 Before Judge Sylvia Bacon, Superior Court For the District of Columbia: "Judgment and Commitment Order" placed petitioner in the "Custody" of U.S. Attorney Generals".

When the period fixed by Judgment for the prisoner, Release from custody and control has arrived he may no longer be held under original sentence — no matter whether he has or has not had parole granted or Revoked.

**B.   GROUND TWO:** Extention of Legally Imposed sentence by Respondant

   (a)   **Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:** The maximum sentence expired in July 2000 however Respondant has increased the Legally imposed sentence to be 2011. Petitioner states that respondant does not waived any statute or legislative authority that may increase the Legally imposed sentence of petitioner without interfering with the Rights of Petitioner granted by the United States Constitution. Therefore Petitioner Request this court to grant this complaint and ORDER the Release of Petitioner from this illegal confinement

**C.   GROUND THREE:** Due Process of Law

   (a)   **Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:** Petitioner has not been Indicted or been before Court Proceeding to establish the increase of his maximum sentence The power to punish petitioner upon a conviction was the duty of the Trial Judge, while the sentence would not exceed that authorized by statute.

Page 6

**D.    GROUND FOUR:** Double Jeopardy

(a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _Petitioner is forced to serve time in prison after expiration of sentence, while petitioner was and penalized in the "custody" of the United States Attorney General thereby receiving "time served" from the commencement of his legally imposed sentence until it expiration of sentence which included time on both sides of the prison fence. "CUSTODY"_

_Wherefore petitioner prays that this Honorable court shall release petitioner from this prolonged Illegal confinement_

9.    If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

10.    Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

☐ Yes

☒ No

(a)    If so, give the name and location of the court and case number, if known: _____

_____

_____

11.    Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

☐ Yes

☒ No

(a)    If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

(b)     And give date and length of sentence to be served in future: _N/A._____

(c)     Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        ☐     Yes
        ☒     No

 

 

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Richard J. Campbell_____
Petitioner's Signature

_10-22-07_____
Date

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Richard J. Campbell

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (Pr)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 06748-007

**DEFENDANTS**

U.S. Parole Comission et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-02013
Assigned To : Huvelle, Ellen S.
Assign. Date : 11/07/2007
Description: HABEAS CORPUS

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff))
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| **G. Habeas Corpus/ 2255**<br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | **H. Employment Discrimination**<br>☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | **I. FOIA/PRIVACY ACT**<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(If Privacy Act)<br><br>*(If pro se, select this deck)* | **J. Student Loan**<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| **K. Labor/ERISA (non-employment)**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **L. Other Civil Rights (non-employment)**<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | **M. Contract**<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **N. Three-Judge Court**<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11/7/07   SIGNATURE OF ATTORNEY OF RECORD NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.