UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Richard James Campbell,** | ) |
| **Petitioner,** | ) |
| v. | ) Civil Action No. 07-2013 |
| **U.S. Parole Commission,** *et al.*, | ) |
| **Respondents.** | ) |

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 5th day of December 2007,

**ORDERED** that respondents, by counsel, within 20 days of service of a copy of this Order and the Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 5, 2007