UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JAMES CAMPBELL : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 07-2013 (ESH) |
| : | |
| U.S. Parole Commission, : | |
| : | |
| Respondents, : | |

GOVERNMENT'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE RESPONSE
TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to enlarge, by 30 days, the time within which to file the government's response to the petitioner's petition for writ of habeas corpus. In support thereof, the government sets forth the following:

1.  On November 7, 2007, petitioner filed a petition for writ of habeas corpus.

2.  On December 5, 2007, this Court issued an order to the respondents to show cause within 20 days of service. The U.S. Attorney's Office accepted service for the respondents on December 6, 2007. Thus, the government's response currently is due on December 26, 2007.

3.  The additional 30 days requested is required to coordinate with the Parole Commission and to compile and

scrutinize the relevant court and prison records necessary in formulating the government's response.

WHEREFORE, the government requests that the Court grant the government's motion to enlarge the time within which to file a response to the petitioner's petition for a writ for habeas corpus.

A proposed order is attached.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY

                              ROBERT OKUN, D.C. Bar No. 457-078
                              Chief, Special Proceedings Division


                              By:_____s/_____
                              TIMOTHY W. LUCAS
                              ASSISTANT U.S. ATTORNEY
                              SPECIAL PROCEEDINGS DIVISION
                              (202) 305-1845
                              EMAIL: timothy.w.lucas@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Government Motion for Enlargement of Time has been served by mail to the defendant at:

Richard J. Campbell
R#06748-007
DC#167-651
DC Jail
1901 D Street, SE
Washington, D.C. 20003

on this 12th day of December, 2007.

                                    _____s/_____
                                    Timothy W. Lucas
                                    Assistant U.S. Attorney

Case 1:07-cv-02013-ESH   Document 5   Filed 12/12/2007   Page 4 of 6

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

RICHARD JAMES CAMPBELL        :
                              :
        Petitioner,           :
                              :
        v.                    : Civil Action No. 07-2013 (ESH)
                              :
U.S. Parole Commission,       :
                              :
        Respondents,          :
                              :

## ORDER

After consideration of the Government's Motion to Enlarge Time Within Which To File Response To Petitioner's Petition for Writ Of Habeas Corpus, any opposition thereto, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED** and the Government's Response is now due as follows:

The Government shall file its response to the Petitioner's Petition For Writ of Habeas Corpus on or before January 25, 2008.

**SO ORDERED.**

_____
Ellen Segal Huvelle
United States District Judge

Date:

cc: Timothy W. Lucas                Richard J. Campbell
    Assistant U.S. Attorney         R# 06748-007
    555 4th Street, NW              DC# 167-651
    Washington, D.C. 20530          D.C. Jail
                                    1901 D Street, SE
                                    Washington, D.C. 20003