UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JAMES CAMPBELL,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**U.S. PAROLE COMMISSION,** *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 07-2013 (ESH) |

## **ORDER**

It is hereby

ORDERED that petitioner shall file his response to the Parole Commission's opposition, if any, by February 22, 2008.

SO ORDERED.

_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: January 29, 2008