UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD JAMES CAMPBELL  :
Petitioner              :
                        :
        v.              :    Civl Action No. 07-2013 (ESH)
                        :
U.S. PAROLE COMMISSION, ET.al.  :
Respondents             :
_____:

*Let this be filed ESH 2/7/08*

**FILED**

FEB 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR DEFAULT ENTRY

Pursuant Federal Civil Judicial Procedure and Rules, Rule 55(b)(2) whereby Respondent, U.S. PAROLE Commission failed to <u>timely</u> respond to the "ORDER" directing respondents to Show Cause Why the WRIT OF HABEAS CORPUS should not issue, entered: 12-05-2007.

Respondent filed a Motion to Enlarge time which to file Response to Petitioner Petitionrs "Petition for Issuance of WRIT OF HABEAS Corpus which this Court Granted 12-12-2007. Respondent failed to meet this deadline and failed to timely request another enlargment of time to file.

Therefore Petitioner respectfully Motion this Honorable Court to enter a Default Judgment against Respondent and ORDER THE RELEASE OF Petitioner upon the MERITS OF HIS WRIT OF HABEAS CORPUS, thAT OF HIS ILLEGAL confinement.

Respectfully Submitted,

_____  Date 2-2-08
Richard J. Campbell