UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JAMES CAMPBELL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES PAROLE,<br>COMMISSION, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2013 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petition for writ of habeas corpus [Dkt. #1] is **DENIED**, and the above-captioned case is **DISMISSED** with prejudice. **This is a final appealable order**. *See* Fed. R. App. P. 4(a).

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 20, 2008