UNITED STATES DISTRICT COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

APR - 7 2008

RICHARD JAMES CAMPBELL     )
        Appellant     )
             )
    v.     )          Appeals No._____
             )
UNITED STATES PAROLE     )
COMMISSION,et,al.,     )
        Appellee     )
             )

## NOTICE OF APPEALS

NOTICE is hereby given that Richard J. Campbell, Petitioner in Civil Action No. 07-2013(ESH) presently confined at Rivers Correctional Institute, Winton, N.C., Fed No. 06748-007. hereby request permission to appeal to the United States Court of Appeals for the District of Columbia Circuit from an ORDER denying petitioners, pro se, issuance of a writ of habeas corpus pursuant to 28 U.S.C. §2241.

Respectfully Submitted,

*Richard J Campbell* (signature)

Richard J. Campbell



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD JAMES CAMPBELL,      )
                              )
         Petitioner,          )
                              )
    v.                        )   Civil Action No. 07-2013 (ESH)
                              )
UNITED STATES PAROLE,         )
COMMISSION, et al.,           )
                              )
         Respondents.         )
_____)

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petition for writ of habeas corpus [Dkt. #1] is **DENIED**, and the above-captioned case is **DISMISSED** with prejudice. **This is a final appealable order.** *See* Fed. R. App. P. 4(a).

                                          /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: March 20, 2008