Form 7a. Motion for Waiver of Prepayment of Court Fees and Costs.

## DISTRICT OF COLUMBIA COURT OF APPEALS

APR - 2008

Richard J. Campbell
_____
Appellant

v.

U.S. Parole Commission
_____
Appellee.

Appeal No. _____

### MOTION FOR WAIVER OF PREPAYMENT OF COURT FEES AND COSTS
### (IN FORMA PAUPERIS)

1. ☒ I am not able to pay any of the court fees and costs
   ☐ I am able to pay only the following court fees and costs (specify):

2. My current street or mailing address is:
   Rivers Correctional Institute
   Winton, NC 27986  P.O. Box 630

3. My occupation, employer, and employer's address are (specify):
   Food Service / Institution

4. My spouse's occupation, employer, and employer's address are (specify):

5. ☒ No, I am not receiving financial assistance.
   ☐ Yes, I am receiving financial assistance under one or more of the following programs:
       ___ SSI (Social Security Supplemental Income)
       ___ General Assistance for Children
       ___ AFDC (Aide to Families with Dependent Children)
       ___ Medical Assistance

   If you checked Yes on box 5, you must attach documents to verify receipt of the benefits; you may then skip item 6 and sign at the bottom of this form.

6. ☒ My income and available assets are not enough to pay for the common necessaries of life for me and the people in my family whom I support, and also to pay court fees and costs. [If you check this box, you must complete the attached Financial Statement, Form 7b.]

**Warning: You must immediately tell the court if you become able to pay court fees or costs during this action.**

I declare under penalty of perjury that the information on this form and all attachments is true and correct:

Date:
4-1-08
_____
(Type or print name)
Richard J. Campbell

_____
(Signature)
Richard J. Campbell

Form 7b. Financial Information Statement.

# DISTRICT OF COLUMBIA COURT OF APPEALS

## Financial Information Statement
### (In Forma Pauperis)

APR - 7 2008

Applicant's Name  Richard J. Campbell      Case No. _____

1. **MY MONTHLY INCOME**
   (If your pay changes considerably from month to month, each of the amounts reported in item 1 should be your average for the past 12 months.)

   a. My gross monthly pay is: .................................................. $ 22.00
   b. My payroll deductions are (specify purpose and amount):
      (1) ........................................................... $
      (2) ........................................................... $
      (3) ........................................................... $
      (4) ........................................................... $

   My TOTAL payroll deduction amount is: ................................. $ 00.00

   c. My monthly take-home pay is (a. minus b.): ........................ $ 22.00

   d. Other money I get each month is: (specify source and amount, include spousal support, child support, scholarships, retirement or pensions, social security, disability, unemployment, veterans payments, dividends, and net rental income)
      (1) Possible Money Order from home              $
      (2)                                             $
      (3)                                             $

   The total amount of other money is: .................................... $

   e. MY TOTAL MONTHLY INCOME IS (c. plus d.): .......................... $

2. **PERSONS LIVING IN MY HOME.**
   Number of persons living in my home: _____
   Below list all persons living in your home, including your spouse, who depend in whole or in part on you for support or on whom you depend in whole or in part for support:

| Name | Age | Relationship | Gross Monthly Income |
|------|-----|--------------|----------------------|
| 1    |     |              | $                    |
| 2.   |     |              | $                    |
| 3.   |     |              | $                    |
| 4.   |     |              | $                    |
| 5.   |     |              | $                    |

The TOTAL amount of income from others living in my home is............. $ 00.00

3. **PROPERTY.** I own or have an interest in the following property:
   a. Cash: $
   b. Bank accounts: $
   c. Cars: $
   d. Stocks $
   e. Real estate (identify each property and note the fair market value and any loan balance):

   f. Other personal property (describe below): $ 00.00

4. **MY MONTHLY EXPENSES.** My monthly expenses are the following:

   a. Rent/house payment & maintenance.................................... $ 00.00
   b. Food & household supplies..................................................... $ 00.00
   c. Utilities and telephone............................................................ $ 00.00
   d. Clothing.................................................................................. $ 00.00
   e. Laundry and cleaning.............................................................. $ 00.00
   f. Medical/dental payments........................................................ $ 00.00
   g. Insurance (life, health, accident)............................................ $ 00.00
   h. School and child care required for employment.................... $ 00.00
   i. Court-ordered child or spousal support................................. $ 00.00
   j. Transportation and auto expenses (insurance, gas, repair).... $ 00.00
   k. Installment payments (specify purpose and amount)
      (1) $ 00.00
      (2) $ 00.00
      (3) $ 00.00

   l. Amounts deducted due to wage assignments and earnings
      earnings withholding orders:................................................... $ 00.00

   m. Other expenses (specify):
      (1) $
      (2) $
      (3) $

   n. My Total monthly expenses are (add a. through m.) $ 00.00

5. Other facts that support this application are (describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court

3

understand your budget; if more space is needed, attach a page labeled Attachment 5):

While incarcerated I am employed in the Food Service unit at the pay of $.12 an hour, paid monthly and my only expenses are cosmetics and soap powder for my personal laundry items. My educational requirement have been satisfied however while I school I also received .12 per hour which normally came to about $5.00 per month Ocasionally I receive a money order from a friend or relative unexpected.

My monthly expenses vary according to purchase of writing pads, ink pens, pencil of envelopes and cosmetics.

I did receive assistance for the cost of an HVAC class, however I didn't qualify because of my sentence structure at the time of enrollment.