UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JAMES CAMPBELL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-2013 (ESH) |
| ) | |
| **UNITED STATES PAROLE,** ) | |
| **COMMISSION,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## AMENDED ORDER

For the reasons set forth in the accompanying Amended Memorandum Opinion, it is hereby

**ORDERED** that the petition for writ of habeas corpus [Dkt. #1] is **DENIED** nunc pro tunc to March 20, 2008, and the above-captioned case is **DISMISSED** with prejudice. **This is a final appealable order**. *See* Fed. R. App. P. 4(a).

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 29, 2008