# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**COPY**

---

| | |
|---|---|
| **No. 08-5104** | **September Term 2007** |
| | 1:07-cv-02013-ESH |
| | Filed On: April 29, 2008 [1113760] |

Richard Campbell,

    Appellant

v.

United States Parole Commission and
Devon Brown, DC DETENTION FACILITY
DIRECTOR,

    Appellees

## O R D E R

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See <u>Mitchell v Reno</u>, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

BY:   /s/
           Elizabeth V. Scott
           Deputy Clerk