UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICHARD CAMPBELL,

      Appellant,

v.

UNITED STATES PAROLE COMMISSION, et al.,

      Appellees.

Civil Action No. 07-2013 (ESH)

## ORDER

This matter is before the Court on Order from the United States Court of Appeals for the District of Columbia Circuit, directing prompt notification of this Court's "issuance of either a certificate of appealability or statement why a certificate should not issue." Order (April 29, 2008). For the reasons stated in this Court's April 29, 2008 Amended Memorandum Opinion from which petitioner appeals, the Court finds that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The issues raised by petitioner's § 2241 motion have been addressed by this Court, and the Court is unable to conclude that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

SO ORDERED.

/s/ Ellen S. Huvelle
_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 2, 2008