RECEIVED
MAY 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard J. Campbell
    Petitioner

v.

UNITED STATES PAROLE
COMMISSION, et al,
    Respondent(s)

Civil Action No. 07-2013(ESH)

## PETITION OF REQUEST FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY

Pursuant 28 U.S.C. § 2253 (c)(1)(A) (B)(2) coupled with F.R.C.P Rule 22(b) Petitioner respectfully petitions for the Issuance of a Certificate of Appealability to appeal the denial of his Habeas Corpus.

Petitioner does not challenge the verdict, sentence or affirmance of his conviction by the Superior Court for the District of Columbia. However the issue of "Custody" of petitioner past the <u>Maximum Sentence</u> imposed by the Trial and Sentencing Court past the expiration of petitioner's legally imposed sentence.

(2)

Petitioner challenges the continious unlawfal extension of his legally imposed sentence in violation of his Eighth Amendment, the ex post facto clause, Due process and Double Jeopardy clauses of the United States Constituion.

Wherefore, petitioner respectfully request the issuance of a Certificate of Appealability.

                                      Thanking you in Advance

                                      *Richard J. Campbell*
                                      Richard J. Campbell

                                      May 10, 2008